# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 1 2 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ MXN _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>PEDRO LOPEZ-PADILLA,<br><br>        Defendant. | CASE NO. 16cr1579-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_\_ the Court has granted the motion of the Government for dismissal without prejudice; or

__X__ the Court has granted the motion of the defendant for dismissal; or

\_\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

  8 USC 1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 12, 2016

                     Hon. DANA M. SABRAW
                     UNITED STATES DISTRICT JUDGE